

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. _____ |
| ANDREY KOVALENKO, | ) | Title 18, United States Code, Section 1341 |
| Defendant. | ) | |

JUDGE PEARSON

1:20CR780

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Defendant ANDREY KOVALENKO ("KOVALENKO") was a naturalized United States citizen and a resident of Ohio.

2. Since in or around 2011, Defendant claimed to be an ordained Russian Orthodox priest.

3. The Byzantine Catholic Eparchy of Parma ("Eparchy of Parma") is a province of the Orthodox Catholic Church, which has parishes in the Northern District of Ohio, including the Shrine of Mariapoch ("SOM"), Saint John Hungarian Byzantine Catholic Church ("SJHBCC"), and Saint Eugene Byzantine Catholic Church ("SEBCC").

4. From on or about May 16, 2014, until on or about June 15, 2015, Defendant was the Director of the SOM in Burton, Ohio.

5. From on or about May 16, 2014, until on or about June 15, 2015, Defendant, by virtue of his position of trust at the SOM, had access to the bank account numbers, checks and debit cards of five SOM bank accounts, three Huntington National Bank accounts ending in x8561, x0896, x3316, and two JPMorgan Chase Bank accounts ending in x7084, and x8325.

6. From on or about January 16, 2015, until on or about July 21, 2018, Defendant was the Administrator and Pastor of SJHBCC, in Solon, Ohio, and SEBCC, in Bedford Heights, Ohio.

7. From on or about January 16, 2015, until on or about July 21, 2018, Defendant, by virtue of his position of trust at SJHBCC, had access to the bank account numbers, checks and debit cards of three SJHBCC bank accounts, two PNC Bank accounts ending in x1205, x8015, and a Third Federal Savings Bank account ending in x1305.

8. From on or about January 16, 2015, until on or about July 21, 2018, Defendant, by virtue of his position of trust at SEBCC, had access to the bank account numbers, checks and debit cards of four SEBCC bank accounts, a US Bank account ending in x1572, and three Third Federal Savings Bank accounts ending in x3847, x9262 and x4109.

9. The Eparchy of Parma had remuneration guidelines for its priests and administrators that detailed, among other things, the expenses a parish would pay for its priests and administrators, and the items eligible for reimbursement. The remuneration guidelines expressly noted that particular items would not be paid from parish funds, including expenses for personal property such as food, clothing, automobiles, vacations, snow removal, custodial services, out of pocket medical expenses and other personal expenses.

10. From on or about May 16, 2014, until on or about June 15, 2015, Defendant embezzled approximately $35,686.97 from SOM bank accounts for prohibited personal expenses, including, but not limited to, payments to grocery, automotive, and department stores.

11. From on or about January 16, 2015, until on or about July 21, 2018, Defendant embezzled approximately $70,404.32 from SJHBCC bank accounts for prohibited personal

expenses, including, but not limited to, payments to automobile dealers, contractors, grocery, automotive and department stores, online shopping outlets, and online music services.

12. From on or about January 16, 2015, until on or about July 21, 2018, Defendant embezzled approximately $187,898.38 from SEBCC bank accounts for prohibited personal expenses, including, but not limited to, payments to an online firearm and ammunition sales company, automobile dealers, grocery, automotive and department stores, online shopping outlets, and online music services.

13. As part of the embezzlement scheme, Defendant fraudulently paid his wife approximately $13,600 from SJHBCC accounts and approximately $20,200 from SEBCC accounts for cleaning services that were not rendered to either church, not authorized, and would have been excessive.

14. In or around 2016, Defendant also purchased two freight storage containers with funds from SEBCC's US Bank account ending in x1572.

15. From in or around 2016, until on or about July 21, 2018, KOVALENKO embezzled fees for the rental of SEBCC's hall for weddings and other party events. SEBCC rented the hall for approximately $675 per rental. Over the relevant time period, the hall was rented approximately 57 times, with payments being made directly to KOVALENKO by cash or check for an approximate total of $38,475. Of that approximate total, KOVALENKO embezzled approximately $27,340 for his personal use.

16. In total, Defendant embezzled approximately $293,989.67 from the SOM, SJHBCC, and SEBCC bank accounts for his own personal enrichment.

17. As a result of his theft, SEBCC was closed because of its financial condition.

18. After Defendant was terminated from the Eparchy of Parma, he continued to use a SJHBCC debit card while in Georgia and Florida for personal expenses totaling approximately $2,035.06.

COUNTS 1-10
(Mail Fraud, 18 U.S.C. § 1341)

The Grand Jury charges:

19. The factual allegations contained in Paragraphs 1-18 are re-alleged and incorporated by reference as if fully set forth herein.

20. From on or about May 16, 2014, until on or about July 31, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANDREY KOVALENKO knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property from SEBCC by means of false and fraudulent pretenses, representations and promises, as more fully described above.

21. On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, knowingly placed and caused to be placed in any depository for mail matter, any matter and thing to be sent and delivered by the United States Postal Service and private and commercial interstate carriers, in accordance with the directions thereon, including the following mailings, each mailing constituting a separate count of this Indictment:

| Count | Approx. Date | Sender | Recipient Location | Description of Mailed Matter | Shipping Company/Tracking Number |
|---|---|---|---|---|---|
| 1 | December 8, 2017 | CheaperThanDirt.com | Bedford, Ohio | 5 x Lifestraw Personal Water Filters | UPS 1Z864Y4WYW31087340 |
| 2 | December 12, 2017 | CheaperThanDirt.com | Bedford, Ohio | 2 x AK-47 Double Rail Side Mounts | UPS 1Z864Y4WYW31154437 |
| 3 | December 12, 2017 | CheaperThanDirt.com | Bedford, Ohio | 500 Rounds of .22 LR Ammunition | UPS 1Z864Y4W0331168813 |
| 4 | March 4, 2018 | CheaperThanDirt.com | Bedford, Ohio | 1000 Rounds of 7.62x39 Ammunition<br><br>100 Rounds of .380 ACP Ammunition<br><br>200 Rounds of 9mm Ammunition | UPS 1Z864Y4W0332517523 (Multiple Shipment Order 1 of 2) |
| 5 | March 4, 2018 | CheaperThanDirt.com | Bedford, Ohio | 1000 Rounds of 7.62x39 Ammunition<br><br>100 Rounds of .380 ACP Ammunition<br><br>200 Rounds of 9mm Ammunition | UPS 1Z64Y4W0332517738 (Multiple Shipment Order 2 of 2) |
| 6 | February 17, 2017 | Amazon.com | Bedford, Ohio | 5.3 Gallon Outdoor Portable Toilet | UPS 1ZW2208W0363828435 |
| 7 | February 19, 2017 | Amazon.com | Bedford, Ohio | RV Sewer Hose Kit | UPS 1ZY4V2960307743886 |
| 8 | September 13, 2017 | Amazon.com | Bedford, Ohio | Telescopic Fishing Pole | UPS 1Z2EV6000312539519 |
| 9 | October 23, 2017 | Amazon.com | Bedford, Ohio | Model Rocket Engine Pack | USPS 9374869903502307791576 |
| 10 | January 17, 2018 | Amazon.com | Bedford, Ohio | 2 x Metal Detectors | UPS 1Z21E17E0317081681 |

5

All in violation of Title 18, United States Code, Section 1341.

## FORFEITURE

The Grand Jury further charges:

22. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 10 are incorporated herein by reference. As a result of the foregoing offenses, ANDREY KOVALENKO, the defendant herein, shall forfeit to the United States any property real or personal, which constitutes or is derived from proceeds traceable to a violation of the charges set forth in Counts 1 through 10; including, but not limited to, a money judgment in the amount of the proceeds traceable to the violations charged in Counts 1 through 10.

## SUBSTITUTE ASSETS

If, as a result of any act or omission Defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of Defendant up to the value of the forfeitable property described above.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.