**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | JUDGE BENITA PEARSON |
| | } | |
| Plaintiff, | } | |
| v. | } | CASE NO.:  20cr780 |
| | } | |
| ANDREY KOVALENKO, | } | **MOTION TO SET HEARING** |
| | } | |
| Defendant. | } | |

Now comes the Defendant**,** by and through his attorney, and hereby moves the Court to set a hearing in this matter.  Counsel has been advised by the assistant United States Attorney that defendant's wife has contact the agents in this matter and has expressed dissatisfaction with counsel's representation of her husband in this matter.  To avoid any future problems, counsel requests the court set a hearing so it can address Mr. Kovalenko directly about his wife's claims, and any concerns he may have about counsel's representation.

        Respectfully submitted,

        */s/Russell S. Bensing*_____
        Russell S. Bensing  (0010602)
        600 IMG Building
        1360 East Ninth Street
        (216) 241-6650
        rbensing@ameritech.net

        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing motion has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/Russell S. Bensing
Russell S. Bensing

**ATTORNEY FOR DEFENDANT**