AO 380 (Rev. 03/10)

# JUDICIARY PROCUREMENT PROGRAM

## EXPERT OR CONSULTATION SERVICES CONTRACT
USA v. Tamela Lee 16-689 - AFPD Darin Thompson

**Contract Number and Effective Date:** 03 6466 00017 - 7/7/2016

Type of Contract *(Check one block and insert the applicable information)*

☑ Labor Hour Contract  The rate for these services is $ __blended__ per __hour__ *(rate per hour, per day, etc.)* with **a not to exceed** price of $ __27,125.00**__ for the period of performance.

NOTE: The Judiciary is not obligated to pay the contractor any amount in excess of the Not To Exceed ceiling amount stated above. The Contractor must notify the Contracting Officer whenever total billings will exceed 85% of the stated Not To Exceed price to facilitate timely obligation of additional funding or notification to the contractor that additional funding will not be forthcoming.

☐ Firm Fixed Price Contract  The price for this contract is $ __0.00__.

Period of Performance: __7/7/2016__ through __07/06/2017__
*(Effective Date)* *(Ending Date)*

Statement of Work *(fill in the appropriate service, i.e., examine case, prepare testimony; provide deposition; etc.)* The expert or consultant named as a party to this contract is required to *(attach additional pages, if necessary)*:

perform a forensic analysis of relevant bank and campaign account records provided by Attorney Thompson not later than 45 days from the effective date of the contract and be available for consultation. The rate for services is blended per hour and includes:

1) $250.00 per hour with a not to exceed price of $20,000 for services performed by David R. Tantlinger, Jr. and Senior Associates; and

2) $175 per hour with a not to exceed price of $7,000 for services performed by Associates

Travel and other expenses: This contract includes $125.00** which may be reimbursed for travel related expenses. Expenses are not anticipated, however, receipts are mandatory for any pre-approved expense over $50.00. The Office of the Federal Defender, Northern District of Ohio will coordinate any necessary travel arrangements beyond the use of a personally owned vehicle (POV). Judicial travel regulations apply. Mileage reimbursement must be itemized by day, start/stop points and total miles and is reimbursed at GSA published rates (see www.gsa.gov).

Accounting and Appropriation Data:
2016 092300 F06OHNF F06OHNF 2529

| Name and Title of Signer *(Contractor) (Type or Print)* | Name of Contracting Officer *(Type or Print)* |
|---|---|
| David R. Tantlinger, Jr., CPA, CFE, CFF | Khadija Wilson |
| Tantlinger & Associates, LLC | Office of the Federal Public Defender |
| By: *(Signature of person authorized to sign)* | By: *(Signature of Contracting Officer)* |
| Date Signed: 7/7/2016 | Date Signed: 7/7/2016 |

Page 1 of 3