# David R. Tantlinger, Jr., CPA, CFE, CFF
8391 East Washington Street
Chagrin Falls, Ohio 44023
440/708-2383

## *Experience:*
### *Tantlinger & Associates, LLC September 1991-Present.*
Mr. Tantlinger has experience in accounting, taxation, finance and business management with a variety of industries.  Mr. Tantlinger specializes in providing forensic accounting and consulting services to a wide range of litigation matters including commercial damages, bank fraud, tax fraud, insurance fraud, and money laundering.

Specific experience includes:  expert testimony in federal and state courts for criminal and civil matters; computing damages to businesses, individuals and other entities; conducting financial investigations of employees and corporations, negotiations with Assistant United States Attorneys, Special Agents, Revenue Agents and FDIC Enforcement Officers; reconstruction of income; conducting interviews with witnesses/potential witnesses on federal and state court litigation; and, preparation of loss computations under various sections of the Federal Sentencing Guidelines.

### *Coopers & Lybrand, Manager, December 1985-August 1991.*
Manager in the general practice group with responsibility for large clients including Firestone Tire & Rubber and Parker Hannifin.  Responsibilities also included servicing a large number of privately held entities operating in a variety of industries.  Specific experience includes: traditional accounting functions; assisting with bank financing; covenant reporting; acquisition consulting; implementation of systems; debt restructuring; forensic accounting; and product line profitability analysis.

### *Numa Ltd., Corporate Controller, June 1984-December 1985.*
Numa was a manufacturer and direct mail marketing firm with offices in the U.S., Canada and Australia.  As Corporate Controller, developed Numa's financial reporting and budgeting systems and implemented cash management techniques.

### *Deloitte & Touche, Associate Accountant, May 1982-June 1984.*
Associate accountant assigned to a variety of accounting and auditing projects for clients operating in several industries, including public utilities, automotive, wholesale and banking.

## *Education*
### *University of Akron, May 1982*
Honors Graduate, Bachelor of Science in Accounting, Beta Gamma Sigma recipient.

## *Memberships*
- American Institute of Certified Public Accountants
- Ohio Society of Certified Public Accountants
- Association of Certified Fraud Examiners

**David R. Tantlinger, Jr., CPA, CFE, CFF**
8391 East Washington Street
Chagrin Falls, Ohio 44023
440/708-2383

---

### *Cases where deposition or testimony has been provided*

- Inland Bulk Transfer Co., Inc. v. Cummins Engine Co., Inc., Wartsila NSD, and Cummins Wartsila Engine, Co., International Chamber of Commerce, International Court of Arbitration - Paris, France - testimony

- Chicago Insurance Company, Interstate Group v. James A. Capwill, et al. United States District Court, Northern District of Ohio – deposition

- Maintainco, Inc. v. Mitsubishi Caterpillar Forklift America Inc., Mid-Atlantic Handling Systems, LLC et al.  Superior Court of New Jersey, Bergen County – deposition and court testimony

- RFC Banking Company v. Richard A. Scheich, Jones & Scheich, Jack Hagmeyer and William Vaughan Company.  Cuyahoga County Court of Common Pleas – deposition and court testimony

- Joshua D. Whelan v. Hausser + Taylor LLC, et al. Cuyahoga County Court of Common Pleas – deposition and court testimony

- David K. Ball v. Garth M. Tebay and Tebay Mosley Associates, LLC.  Lucas County Court of Common Pleas – deposition and court testimony

- Mitsubishi Caterpillar Forklift America Inc. v. C. Richard Cowan and Ziba Cowan, et al. JAMS, Orange, CA – testimony

- Ronny J. Pojman v. John J. Gregory, Jr., et al. Lorain County Court of Common Pleas, Jointly Appointed Expert by Court Order, court testimony

- Claude Worthington Benedum Foundation, a Pennsylvania non-profit corporation v. William Francis Harley, III, et al., United States District Court, Western District of Pennsylvania - deposition

- Los Angeles Turf Club Incorporated, et al. v. Horse Racing Labs, LLC d/b/a DerbyWars, United States District Court, Central District of California - deposition

### *Other engagements*

- Expert for United States District Court, Northern District of Ohio, Western Division, The Honorable David A. Katz, *deceased*