PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:20-CR-780 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ANDREY KOVALENKO, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Pending is Defendant Andrey Kovalenko's Motion to Set Hearing. ECF No. 27. Defendant's counsel reports that he has been advised by the Government that Defendant's wife has contacted the Government's counsel and "expressed dissatisfaction with counsel's representation of her husband in this matter." *Id.* at PageID #: 154  Defendant's counsel requests a hearing to confront his client about these claims.

Defendant's counsel represents Defendant, not Defendant's spouse. *See Strickland v. Washington*, 466 U.S. 668 (1984) ("Counsel's function is to assist the *defendant*.") (emphasis added).  Defendant's counsel shall consult directly with Defendant to confirm what "concerns he may have about counsel's representation" (ECF No. 27 at PageID #: 154) and file a notice on the docket clarifying why the Court's intervention is required no later than seven days from the date of this order.

IT IS SO ORDERED.

  February 9, 2021             */s/ Benita Y. Pearson*
Date                                             Benita Y. Pearson
                                                         United States District Judge