PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:20-CR-780 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ANDREY KOVALENKO, ) | |
| ) | **ORDER** |
| Defendant. ) | [Resolving ECF No. 28] |

Pending before the Court is Defendant Andrey Kovalenko's Motion to Appoint Expert. ECF No. 28. For good cause shown, the motion is granted. The expert's fees shall not exceed the statutory maximum of $2,700.00, excluding expenses.

IT IS SO ORDERED.

 February 9, 2021           /s/ Benita Y. Pearson
Date                        Benita Y. Pearson
                            United States District Judge