PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-780 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| ANDREY KOVALENKO, | ) | |
| | ) | ORDER |
| Defendant. | ) | [Resolving ECF No. 27] |

Pending before the Court is Defendant Andrey Kovalenko's Motion to Set Hearing (ECF No. 27) and, subsequently filed, Notice of Status of Representation (ECF No. 31). Without revealing confidential discussions had with his client, defense counsel informs the Court of Defendant's "satisfaction with counsel's representation and desires [counsel] to continue that representation." *Id*. Defense counsel also informs that "the Court's intercession in this aspect of the case is not necessary." *Id*.

The Notice cogently makes clear that no hearing is necessary. None will be held. Defendant's Motion to Set Hearing, ECF No. 27, is denied as moot.

IT IS SO ORDERED.

| | |
|---|---|
| February 19, 2021 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |