PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-780 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| ANDREY KOVALENKO, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

A felony plea is set in this matter for May 11, 2021 at 10:30 a.m. It appearing that circumstances will not allow an in-person felony plea in the near future, the felony plea will occur as scheduled.[1] The Court finds that the felony plea cannot be further delayed without doing serious harm to the interests of justice. *See* The CARES Act, H.R. 748, Sections 15002(b)(2) and 15002(b)(2)(A).

The felony plea shall be conducted *via* Zoomgov.com. The Zoomgov.com meeting details have been distributed to counsel and the facility where Defendant is being detained. Defendant shall participate in the felony plea *via* Zoomgov.com from that facility.[2]

IT IS SO ORDERED.

| | |
|---|---|
|   May 6, 2021 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Pursuant to Section 15002(b)(2), the Chief District Judge specifically found that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure cannot be conducted in person in this district due to the COVID-19 pandemic without seriously jeopardizing public health and safety. *See* Amended General Order 2020-06-3 (December 17, 2020).

[2] A Waiver and Consent form will be issued, and the approved form must be filed on the docket not less than 3 business days before the hearing.