PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-780 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| ANDREY KOVALENKO, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Sentencing is set in this matter for August 31, 2021 at 10:30 a.m. It appearing that circumstances will not allow in-person sentencings in the near future, the sentencing will occur as scheduled.[1] The Court finds that sentencing cannot be further delayed without doing serious harm to the interests of justice. *See* The CARES Act, H.R. 748, Sections 15002(b)(2) and 15002(b)(2)(A).

The sentencing shall be conducted *via* Zoomgov.com. The Zoomgov.com meeting details have been distributed to counsel, the Office of U.S. Pretrial Services and Probation, and the facility where Defendant is being detained. Defendant shall participate in the Sentencing *via* Zoomgov.com from that facility.[2]

IT IS SO ORDERED.

| | |
|---|---|
|   August 26, 2021 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Pursuant to Section 15002(b)(2), the Chief District Judge specifically found that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person in this district due to the COVID-19 pandemic without seriously jeopardizing public health and safety. *See* Amended General Order 2020-06-5 (June 7, 2021).

[2] A Waiver and Consent form will be issued, and the approved form must be filed on the docket not less than 3 business days before the hearing.